UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re:                                                      Chapter 11

**CALL CENTER TECHNOLOGIES, INC.,**                         Case No.: 09-

                        Debtor.
------------------------------------------------------------X

## DECLARATION OF DEAN VLAHOS PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

**DEAN VLAHOS,** being duly sworn, declares as follows:

1. I am President of CALL CENTER TECHNOLOGIES, INC. (the "Debtor"), and am fully familiar with the facts set forth herein.

2. The Debtor is in the business of selling telecommunications equipment and software. The Debtor's financial condition, a substantial outstanding judgment against it, and unresolved litigation to collect on certain debts owed to the Debtor have hampered its ability to maintain operations. The filing of a Chapter 11 petition was deemed to be in the best interests of the Debtor's creditors and shareholder, and to have an opportunity to work on obtaining capital for the business going forward, and to provide a greater return to its creditors than through a liquidation.

3. No pre-petition committee was organized prior to the Order for relief.

4. The names and addresses of the twenty largest unsecured creditors, excluding insiders, appears on Exhibit "A" to this Declaration.

5. The Debtor has no secured creditors.

6. A summary of the Debtor's assets and liabilities is set forth on the summary of schedules annexed to the Petition.

1

7. There are no classes of shares of stock, debentures, or other securities of the Debtor that are publicly held.

8. None of the Debtor's property is in the possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents, or secured creditor or agent of any such entity.

9. The Debtor leases its premises at 640 Federal Road, Brookfield, CT 06804, and leases additional space from two storage facilities located on Federal Road.

10. The Debtor's substantial assets are located at the above premises which it leases. Its books and records are located at 640 Federal Road, Brookfield, CT, and at the offices of its bookkeeper, Stephen Martino, 105 Beach Avenue, Watertown, CT 06795. The Debtor has no assets outside the territorial limits of the United States.

11. To the best of my knowledge the only suit or proceeding pending against the Debtor is entitled *Vanilla, Inc., Plaintiff, v. Call Center Technologies, Inc., Defendant, Call Center Technologies, Inc., Counter-claimaint, Vanilla, Inc., Counter-defendant*, 1:04-cv-07407-RJH, United States District Court for the Southern District of New York. No judgment against the Debtor or seizure of its property is imminent in such proceeding, and the Plaintiff therein has failed to prosecute the matter for approximately 2 years.

12. The Debtor's senior management consists of the undersigned, Dean Vlahos, President, who has been with the Debtor since its incorporation in 1997 and is responsible for the Debtor's operations. The undersigned has over 27 years of experience in the telecommunications industry. The Debtor intends to continue its business by focusing on the core aspects of its business which have historically proven the most profitable, namely the resale of telecommunications hardware only as opposed to telecommunications software and support. The Debtor does not intend

to employ any other persons during the 30 day period following the filing of the Petition, and the undersigned does not intend to draw any salary from the Debtor during the pendency of the Debtor's Chapter 11 case. The Debtor does not anticipate that it will incur, pay or propose to pay for any services to any officer, director, stockholder, or consultant of any kind for the 30 day period following the filing of the Petition. The Debtor estimates that it will collect certain accounts receivables of approximately $15,000 within the first 30 to 60 days from the filing of the Petition and that it will not make any cash disbursements during that period.

I hereby declare, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed:   September 14, 2009

_____
DEAN VLAHOS, PRESIDENT

JOEL SHAFFERMAN
Notary Public, State of New York
No. 02SH6110071
Qualified in New York County
Commission Expires May 24, 2012

# EXHIBIT A

# United States Bankruptcy Court
## Southern District of New York

In re: **Call Center Technologies, Inc.**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 60 Hudson Owner, LLC/GVA Williams c/o Akerman Senterfitt, LLC 335 Madison Avenue New York, NY 10017 | 60 Hudson Owner, LLC/GVA Williams c/o Akerman Senterfitt, LLC 335 Madison Avenue New York, NY 10017 | Claim based upon Civil Court, City of New York, Index No. 056941/08 | Disputed | 565,294.16 |
| Anthem Blue Cross & Blue Shiel Janet Savares/Credit & Legal 370 Basset Road North Haven, CT 06473-4201 | Anthem Blue Cross & Blue Shiel Janet Savares/Credit & Legal 370 Basset Road North Haven, CT 06473-4201 | | Disputed | 2,656.47 |
| Cable & Wireless USA Inc. 82 Leesburg Pike Vienna, VA 22182-2625 | Cable & Wireless USA Inc. 82 Leesburg Pike Vienna, VA 22182-2625 | | Disputed | 334,275.54 |
| Chamberlain & Marsh, P.C. 99 Willow Street PO Box 40 Yarmouth Port, MA 02675-0040 | Chamberlain & Marsh, P.C. 99 Willow Street PO Box 40 Yarmouth Port, MA 02675-0040 | Legal Services | Disputed | 11,747.32 |
| Collins, Hannafin, Garamella 148 Deer Hill Avenue Danbury, CT 06813-0440 | Collins, Hannafin, Garamella 148 Deer Hill Avenue Danbury, CT 06813-0440 | Professional Services | Disputed | 7,197.45 |
| Equip Corporation c/o Randall Carreira, Esq. PO Box 373 Bridgewater, CT 06752 | Equip Corporation c/o Randall Carreira, Esq. PO Box 373 Bridgewater, CT 06752 | Storage Trailer | Disputed | Unknown |
| Excel Switching Corporation c/o Feldman & Boyer, LLC 261 Bradley Street, Box 1694 New Haven, CT 06507 | Excel Switching Corporation c/o Feldman & Boyer, LLC 261 Bradley Street, Box 1694 New Haven, CT 06507 | Docket No. CV 05 4004416S Superior Court Judicial District of Danbury | Disputed | 1,933,475.60 |
| Internal Revenue Service Department of Treasury Servic Andover, MA 05501 | Internal Revenue Service Department of Treasury Servic Andover, MA 05501 | | Disputed | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re   Call Center Technologies, Inc.                              Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| New York State Unemployment In<br>PO Box 4301<br>Binghamton, NY 13902-4301 | New York State Unemployment In<br>PO Box 4301<br>Binghamton, NY 13902-4301 | | Disputed | Unknown |
| NYS Dept of Tax & Finance<br>c/o Allied Servies, INc.<br>PO Box 361534<br>Columbus, OH 43236-1534 | NYS Dept of Tax & Finance<br>c/o Allied Servies, INc.<br>PO Box 361534<br>Columbus, OH 43236-1534 | | Disputed | Unknown |
| Roy Young<br>d/b/a Silvermine Investors<br>88 Rose Hill Avenue<br>Danbury, CT 06810 | Roy Young<br>d/b/a Silvermine Investors<br>88 Rose Hill Avenue<br>Danbury, CT 06810 | | Disputed | 46,452.31 |
| Solomon Blum Heymann & Stich<br>40 Wall Street, 35th Floor<br>New York, NY 10005 | Solomon Blum Heymann & Stich<br>40 Wall Street, 35th Floor<br>New York, NY 10005 | Legal Services | Disputed | 47,597.84 |
| State of Connecticut<br>Department of Labor<br>PO Box 2940<br>Hartford, CT 06104-2940 | State of Connecticut<br>Department of Labor<br>PO Box 2940<br>Hartford, CT 06104-2940 | | Disputed | Unknown |
| State of Connecticut<br>Department of Revenue<br>25 Sigourney Street<br>Hartford, CT 06106 | State of Connecticut<br>Department of Revenue<br>25 Sigourney Street<br>Hartford, CT 06106 | | Disputed | Unknown |
| Tax Collector<br>Town of Brookfield<br>PO Box 508<br>Brookfield, CT 06804-0508 | Tax Collector<br>Town of Brookfield<br>PO Box 508<br>Brookfield, CT 06804-0508 | Personal Property Tax Bills (including but not limited to: Bill 0040285, 0040271, 0040291, 0040257, 0080357, 0051996, 0051997, 00520031) | Disputed | Unknown |
| Tax Compliance Officer I<br>State of New Hampshire<br>45 Chenell Drive<br>Concord, NH 03302-0454 | Tax Compliance Officer I<br>State of New Hampshire<br>45 Chenell Drive<br>Concord, NH 03302-0454 | | Disputed | Unknown |
| Vicorp Holding, LLC<br>c/o Barnett, Bolt, Kirkwood<br>601 Bayshore Blvd., Suite 700<br>Tampa, FL 33606 | Vicorp Holding, LLC<br>c/o Barnett, Bolt, Kirkwood<br>601 Bayshore Blvd., Suite 700<br>Tampa, FL 33606 | Re: Case No. 02-4554 CI 13 | Disputed | 181,801.30 |